# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1200
_____

United States of America

*Plaintiff - Appellee*

v.

Cortez Lamar Kellum

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: June 9, 2020
Filed: June 12, 2020
[Unpublished]
_____

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.
_____

PER CURIAM.

Cortez Kellum appeals a below-Guidelines-range sentence of 6 months in prison for violating the conditions of supervised release. He challenges the substantive reasonableness of the sentence, and his attorney seeks permission to withdraw.

We conclude that Kellum's sentence is substantively reasonable. *See United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009) (reviewing the reasonableness of a revocation sentence for an abuse of discretion). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. §§ 3553(a), 3583(e)(3), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Larison*, 432 F.3d 921, 923–24 (8th Cir. 2006). Accordingly, we affirm the judgment and grant counsel permission to withdraw.

_____

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.